# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00076-CV

## Virginia Oak Venture, LLC, and Jane Tang

**v.**

## O.D. Fought, Jr., et al.

(No. 401-02380-2010 IN 401ST DISTRICT COURT OF COLLIN COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | PAID | SHERI DIAZ |
| MOTION FEE | $10.00 | E-PAID | MELINDA NEEL |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | MELINDA NEEL |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | SHELLY GOFF |
| MOTION FEE | $10.00 | E-PAID | MISSY RAMIREZ |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | MISSY RAMIREZ |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | CHARLES W MCGARRY |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | CHARLES W MCGARRY |
| MOTION FEE | $10.00 | E-PAID | CHARLES W MCGARRY |
| MOTION FEE | $10.00 | E-PAID | CHARLES W MCGARRY |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | CHARLES W MCGARRY |
| MOTION FEE | $10.00 | E-PAID | CHARLES W MCGARRY |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | CHARLES W MCGARRY |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | CHARLES W MCGARRY |
| MOTION FEE | $10.00 | E-PAID | JAMES M SUGGS |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JAMES M SUGGS |
| REPORTER'S RECORD | $4,662.35 | PAID | TONYA LEBO |
| CLERK'S RECORD | $8,920.50 | PAID | SANDRA HILL |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | JAMES M. SUGGS |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | JAMES M. SUGGS |
| FILING FEE PAID TO COURT THAT TRANSFERRED CASE | $175.00 | E-PAID | JAMES M. SUGGS |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this January 15, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy